Original court

Appendix Exhibits

United States District Court For the District of Utah
Northern Division

| | |
|---|---|
| Richie Charles Harrey Plantiy | "Civil Rights Complaint" (42 U.S.C. §§ 1983, §§ 1985 |
| vs. | centra |
| Sheriff Terry L. Thompson underheriy, McLeod, Lt. Debbie Hill, cpl. Sekulich, WCCF Jail Medical Department, Dr. Woods, John and June Doe(s) #1-#3 WCCF Records Custodian, Defendants | |

| | Pages |
|---|---|
| 1. Sheriy Terry L. Thompson Level #3 | |
| Grievance appeal #13-087.3 - pages | 1-3 |
| Grievance appeal #13-090.3 - pages | 4-6 |
| 2. Lt. Debbie Hall Level #2 | |
| Grievance appeal #13-087.2 | 7-9 |
| Grievance appeal #13-090.2 | 10-12 |
| 3. Cpl. Sekulich Level #1 | |
| Grievance number #13-087 | 13-15 |
| Grievance number #13-090 | 16-19 |
| Letter dated March 18-2013 | 20-21 |
| Staff Response #13-122 | 22-24 |
| Staff Response #13-100 | 25-27 |
| Problems General Grievance Process requirements P#28 | |

Dated April 2013

Richie C. Harrey, Pro Se
Respectfully Submitted

19—

*appendix exhibit 10.1*
*# 3 pages*



| **Office of the Sheriff** | WEBER COUNTY SHERIFF'S OFFICE |
|---|---|
| **Sheriff Terry L Thompson** | |
| **Memorandum** | |

| | |
|---|---|
| **To:** | Inmate Richie Harvey #248050 |
| **From:** | Sheriff Thompson |
| **CC:** | Undersheriff McLeod |
| **Date:** | 12-March-2013 |
| **Re:** | Grievance Appeal # 13-087.3 |

I have received and reviewed your level I, level II and grievance appeal information. Your original remedy requested that the medical unit commence treatment for your claimed medical concerns.

Our medical unit is waiting for some records for which you signed a consent to release. You have been seen by medical unit staff and the records we do have are reviewed by our physician. You will continue to be seen by medical unit staff. We rely on the medical judgement of our physician. If he determines that you need treatment by a specialist, you will be referred to a specialist. Please continue to request medical attention as appropriate.

This appeal is denied as it is clear that our medical unit is aware of and has responded to your concerns so far.

*not so*

Sincerely,

Sheriff Terry L Thompson

*19-28*

124
12-087.3

Mailed 3-8-13

**SUPPLEMENTAL GRIEVANCE FORM**          GF-3

LEVEL: 3, Grievance #2-#1 13-087.2          DATE: 3-8-13

I am sorry that Jail officials continue to avoid the real issues here, which are, ① the Jail Medical department Took Blood on 2-13-13. Therefore, they know absolutely that I Fall into Prodical for treatment now Ion Hep which is significantly damaging my Liver and Potentially could cause irreparable damage unto Death! Moreover, medical should have sent me to A Specialist in infection Deceases but has Failed or Refused to be cause the treatment cost about $40.000.00. So you that we are at the true hurt a the issue (Grievance) here! Medical Finding the Hept #C to be true By way of the Blood, and that my back has serious Disk and Vertabry Problems and my Back Problems can also be Felt and Seen as if I told them But I have never been examined for such and therfore waste and Costly Blame on me for medical Not Taking X-rays or Performing there Duties is Faulty and Foul.      Richer C. Hany          3-8-13
                                                    INMATE'S SIGNATURE          DATE

Please have medical send me now to A Specialist and hospital for Further testing and treatment this is the Last time I'll spend my time while Being mistreated writy Grievance when Jail officials are cattently to Cercumvent the issues and answer foolishy Blaming me over medical records when they know by testing my Illness Cannot Better without treatment

# Weber County Correctional Facility
## Inmate Grievance Form (Inmate Copy)

**Grievance No.** 13-087.3

### Grievance Entry Information

**Name:** HARVEY, RICHIE CHARLES          **Booking #:** 13-01381          **Permanent #:** 248050

**Grievance Type:** medical 3          **Date / Time Occurred:** 3/11/2013 13:21:39

### Finding / Grievance Response

**Disposition Date / Time:** 03/12/2013 16:09          **Founded:** No

### Inmate's Appeal to Finding /Grievance Response

**Appeal Due Date:** 3/15/2013 16:09:00

### Appeal Submitted for Review Information

**Submission Date / Time:** _____          **Shift:** 1          **Review Date / Time:** _____

### Inmate's Appeal to Review Invesigation

**Appeal Due Date:** _____

### Appeal Referred to Investigation Information

**Referral Date:** _____          **Ruling Due Date:** _____

### Final Ruling

**Final Appeal Rec'd:** _____          **Ruling Ret'd:** _____

**Ruling Returned by:** _____          **Status:** Not Founded

**Action Taken:** NOT FOUNDED

**Inmate Signature** _____          **Officer Signature** _____

3g 28

*appendix exhibit no 2*
*3 pages*

| | |
|---|---|
| **Office of the Sheriff** |  |
| **Sheriff Terry L Thompson** | |
| **Memorandum** | |

**To:**   Inmate Richie Harvey #248050

**From:**   Sheriff Thompson

**CC:**   Undersheriff McLeod

**Date:**   12-March-2013

**Re:**   Grievance Appeal # 13-090.3

I have received and reviewed your level I, level II and grievance appeal information. Your complaint was that the mail room opened a piece of legal mail. Your original remedy requested that the mail room not do that again and that the jail should put postage on your outgoing mail.

The mail clerk visited with you. Nobody is disputing that the envelope was opened, therefore, there is no need to inspect the envelope as you keep insisting. The mail clerk explained that it appeared as though you were re-using an envelope. She explained that the jail will not put postage on outgoing mail. You can request envelopes if you are indigent. The mail clerk reported that you appeared to be satisfied with her responses when she spoke with you, but you continue to forward grievances concerning this issue.

There seems to be no resolution that would satisfy your complaint. It is not our practice to open privileged mail outside of the inmate's presence. If it did happen in this case, the mail clerk responded to your concern appropriately by visiting with you.

The appeal is denied as the prior responses to you grievance were appropriate and no further remedy is available.

Sincerely,

Sheriff Terry L Thompson

4g 28

13-090.3

**SUPPLEMENTAL GRIEVANCE FORM**          GF-3

LEVEL: 3, Level #2 +1 #13-090.0          DATE: 3-8-13

① In response here, I take issue here. I was not told that the letter was 1st opened in the mailroom. She said she was sorry if she did open!

② No one in Sepperonex D-1 has a letter opener I don't think and even so (if they did) how would they get to my "Legal Mail").

The letter is here if you can at all to Judge it yourself come see. I invite you! I will take about 2 mins for you to see with your own eyes that Jail officials opened my (Legal Mail) and only such could here.

Please come see for yourself. This Matter is esy to Judge come look don't say Falsehood

_____Richie C. Harry_____     3-8-13
INMATE'S SIGNATURE          DATE

When the evidence is here! People Make mistakes I don't Try and Punish People unless they continue to assert Falsehood

"has become Futile"          5928

They will be now Moe Crievance has Become 1 Proces

03-21 E

# Weber County Correctional Facility

**Grievance No.** 13-090.3

## Inmate Grievance Form (Inmate Copy)

### Grievance Entry Information

**Name:** HARVEY, RICHIE CHARLES     **Booking #:** 13-01381    **Permanent #:** 248050

**Grievance Type:** mail 3     **Date / Time Occurred:** 3/11/2013 14:29:16

### Finding / Grievance Response

**Disposition Date / Time:** 03/12/2013 16:24     **Founded:** No

### Inmate's Appeal to Finding /Grievance Response

**Appeal Due Date:** 3/15/2013 16:24:00

### Appeal Submitted for Review Information

**Submission Date / Time:** _____    **Shift:** 1    **Review Date / Time:** _____

### Inmate's Appeal to Review Invesigation

**Appeal Due Date:** _____

### Appeal Referred to Investigation Information

**Referral Date:** _____    **Ruling Due Date:** _____

### Final Ruling

**Final Appeal Rec'd:** _____    **Ruling Ret'd:** _____

**Ruling Returned by:** _____    **Status:** Not Founded

**Action Taken:** NOT FOUNDED

**Inmate Signature** _____    **Officer Signature** _____

6'a'a 28

Richie Harvey #248050
Grievance 13-087.2

*Appendix no. #3*
*3 pages*

I have reviewed your level I grievance dated 1-22-13 and level II dated 2-27-13. This grievance is in reference to medical failing to provide you treatment.

I have met with medical staff concerning this issue. You have been informed on two separate occasions concerning release of information. On 2-11-13 you were informed by staff they would need to get consent forms signed from individual doctors you have seen. You told staff you would not do this and if they were unable to get the information from the San Diego Department of Corrections you would contact your lawyer to get you moved. You signed a consent form on 2-13-13 to get records sent from San Diego however you informed staff again you would not sign any further consent forms. You decided to sign a release from another Doctor on 2-27-13. In your level II grievance you state staff made a mistake because you did sign the consent form. It was found that you did sign the consent form to have your records released from San Diego; However medical needs consent forms signed by all doctors offices in which you have been seen for these medical issues. Again you did sign another consent form from another doctors office as stated above. It looks as if you have decided to cooperate. In addition, you have had regular visits to medical during this time.

This appeal is unfounded.

Lt. D. Hall
1FA12

7of 28

13-0070.2

# INMATE GRIEVANCE FORM                    GF-1

Inmate: Richie Harvey    Id# : 98331    D-127

IF YOU HAVE NOT RESOLVED THE GRIEVANCE AT THE INFORMAL LEVEL AND WISH TO
APPEAL TO LEVEL TWO (FORMAL), THE INMATE MUST COMPLETE SECTION 2 AND
FORWARD TO THE HOUSING LIEUTENANT WHO SHALL FORWARD IT WITH ALL LEVEL
ONE GRIEVANCE INFORMATION TO THE JAIL COMMANDERS OFFICE.

---

SECTION 2 - FORMAL GRIEVANCE ACTION

To be completed by the inmate:

---

Why is the Informal Response unacceptable? (Be specific)

① Cpl. Sekulich has either obtained "Erronous information
or has made a mistake stating ("Medical requested that you
submit a release for medical (on February 13, 2013 which you
refused to do"). This is an out right lie, I sat with
the Bu bay nurse and the lady trainee as she fill out
the Form to obtain my medical from San Diego
City Jail he got the Email and address + Form that
I signed on the computer.

       Therefor I hereby appeal for
Formal action to be taken as this response
is fully untrue and unacceptable. Furthermore
it clear that I am suffering from the illnesses
as the Blood work taken on Feb 13th PM evidences the
stated condition!

_Richie C. Hrg_                    2-27-13
INMATE'S SIGNATURE                    DATE

3-70
a

89 28

# Weber County Correctional Facility
## Inmate Grievance Form (Inmate Co...

Grievance No. 13-087.2

### Grievance Entry Information

**Name:** HARVEY, RICHIE CHARLES          **Booking #:** 13-01381     **Permanent #:** 248050

**Grievance Type:** medical 2          **Date / Time Occurred:** 2/28/2013 11:42:43

---

### Finding / Grievance Response

**Dispostion Date / Time:** 03/07/2013 14:25     **Founded:** No

---

### Inmate's Appeal to Finding /Grievance Response

**Appeal Due Date:** 3/10/2013 14:25:25

---

### Appeal Submitted for Review Information

**Submission Date / Time:** _____     **Shift:** 1     **Review Date / Time:** _____

---

### Inmate's Appeal to Review Invesigation

**Appeal Due Date:** _____

---

### Appeal Referred to Investigation Information

**Referral Date:** _____     **Ruling Due Date:** _____

---

### Final Ruling

**Final Appeal Rec'd:** 3/7/2013 14:47:26          **Ruling Ret'd:** 3/7/2013 14:47:28

**Ruling Returned by:** HALL, DEBBIE          **Status:** Not Founded

**Action Taken:** NOT FOUNDED

---

**Inmate Signature** _____          **Officer Signature** _____

9q 28

Appendix 10. #4
3 pages

Richie Harvey #248050
Grievance 13-090.2

I have reviewed your level I grievance dated 2-25-13 and level II dated 2-28-13.  This grievance is in reference to legal mail.

I have met with staff concerning this issue. Marci who works in the mail room personally went to your housing unit and inspected your letter on 3-5-13. You were told this letter was not opened in our mail room. You told Marci this envelope was originally sent to you by your attorney. Marci informed you that it appeared the envelope may have been used before, re-sealed and sent to our mail room. If you used this envelope more than twice it could have opened up on its own for lack of enough glue. The letter was sent back to you for lack of postage.  We do not open legal mail or put stamps on envelopes.  You are to purchase stamps through commissary.

This appeal is unfounded.

Lt. D. Hall
1FA12

109 28

13-09002

#124

## INMATE GRIEVANCE FORM

GF-1

Inmate: Richie Harvey  # 248050     D-124

IF YOU HAVE NOT RESOLVED THE GRIEVANCE AT THE INFORMAL LEVEL AND WISH TO
APPEAL TO LEVEL TWO (FORMAL), THE INMATE MUST COMPLETE SECTION 2 AND
FORWARD TO THE HOUSING LIEUTENANT WHO SHALL FORWARD IT WITH ALL LEVEL
ONE GRIEVANCE INFORMATION TO THE JAIL COMMANDERS OFFICE.

SECTION 2 - FORMAL GRIEVANCE ACTION

To be completed by the inmate:

Why is the Informal Response unacceptable? (Be specific)

The cpl ("sekulich") "failed or Refused" to
Conduct an important investigation into the
Contentions) and / or the evidence! The complained
about envelope was in Fact marked "Legal Mail"
and it was in Fact opened in the mailroom
or By Deputies!
            Come See it For
        Your Self I have the envelop,
Leaving "no Doubt!" that it was opened
Prior to me seeing opened

        This issue is simple to settle
Come see!

Richie Harry

INMATE'S SIGNATURE

2-28-13

DATE

13-14
E

11q38

# Weber County Correctional Facility

Inmate Grievance Form (Inmate Copy)

Grievance No. 13-090.2

Case 1:13-cv-00069-DB   Document 5-2   Filed 04/10/13   Page 13 of 28

## Grievance Entry Information

**Name:** HARVEY, RICHIE CHARLES   **Booking #:** 13-01381   **Permanent #:** 248050

**Grievance Type:** mail 2   **Date / Time Occurred:** 3/4/2013 09:15:17

## Finding / Grievance Response

**Disposition Date / Time:** 03/07/2013 14:48   **Founded:** No

## Inmate's Appeal to Finding /Grievance Response

**Appeal Due Date:** 3/10/2013 14:48:08

## Appeal Submitted for Review Information

**Submission Date / Time:** _____   **Shift:** 1   **Review Date / Time:** _____

## Inmate's Appeal to Review Invesigation

**Appeal Due Date:** _____

## Appeal Referred to Investigation Information

**Referral Date:** _____   **Ruling Due Date:** _____

## Final Ruling

**Final Appeal Rec'd:** 3/7/2013 14:50:44   **Ruling Ret'd:** 3/7/2013 14:50:44

**Ruling Returned by:** HALL, DEBBIE   **Status:** Not Founded

**Action Taken:** NOT FOUNDED

**Inmate Signature** _____   **Officer Signature** _____

12 of 28

*Appendix n #5*
*in 3 pages*

## STAFF RESPONSE

STAFF RESPONSE/RECOMMENDATIONS: # 13-087   LEVEL I

DATE: 02/27/2013

INMATES NAME:  Richie Harvey        ID#: 248050   HOUSING: D-124

     I have received the grievance you submitted regarding medical.  Your complaint is that medical has failed to treat your medical issues.  I spoke with medical regarding your concerns.  Medical requested that you submit a release for medical records ( on February 13, 2013), which you have refused to do.  Without your medical records, medical can not verify any diagnosis or treatment for your medical issue.  You need to sign the release form.

     The doctor has prescribed Ibuprofen for your pain.  Medical has also scheduled you for another LFT in three months time.

     It appears the your medical issues have been addressed and treated appropriately.

Grievance:  Unfounded

Cpl. Sekulich

Inmate Grievance Office

13g 28

13-087

# INMATE GRIEVANCE FORM                   GF-1

INMATE'S NAME: Richie Harvey   ID NUMBER 248050 HOUSING D1

SECTION 1 - INFORMAL ACTION To be completed by inmate:

I am Grieving the Failure or Refusal to Provide adequate Basic medical Treatment For My Hep #c, Neck + Back Disk Problems

Specific nature of grievance (who, what, when, where and how):

I saw the medical Doctor on 2-13 he order Blood work and told me that I would likely not receive Treatment for my Liver Disease Hep#c ① The Doctor also Failed or Refused to Provide treatment for my Neck and Back Disk Problems ② the nurse brought back my Kite from the Doctor stated, "A/serm ③ Blood - Liver Function test to ("A Little High") it has not been A Little high ever!. Federal Law Prohibits such wanton + malicious deprivation. Namely the 8th Amendment to the US Const. see Whitely v. Albers, 475 US. 312-319, 106 S. Ct. 1078 (1986) unnecessary and wanton infliction of pain constitutes cruel and unusual Punishment Forbidden by the 8th Amend. also see Hicks v. Frey, 992 F 2d 1450, 1455 (6th Cir 1993) A medical condition

Identify those contacted regarding your grievance and state what you HAVE DONE to resolve the issue:

is serious if it has been diagnosed by A Physician and he issued a mandate for treatment. ① I talked to the Doctor ② the Medical staff upon blood being drawn and ③ the contact through the nurse requesting when I will be seen for treatment For my Liver, Neck + Back. Medical has either Failed or Refused any corrective treatment to help me. My Doctors made my condition very clear ("I Need Treatment ASAP") see also Estelle v. Butler 890 F 2d 1001, 1003 (8th Cir 1989) + Farmer v. Brennan 511, US 895, 834, 114 S. Ct. 1970, 1881 (1994) Supra

What is the specific remedy you seek?:

For the Medical department to Commence treatment for my ① Liver, ② Neck and ③ Back -
Thank You

_Richie Harvey_
INMATE'S SIGNATURE                                  1-22
                                                    DATE

13-07
E                                                   14 g 28

# Weber County Correctional Facility

## Inmate Grievance Form (Inmate Copy)

Grievance No. 13-087

---

### Grievance Entry Information

**Name:** HARVEY, RICHIE CHARLES          **Booking #:** 13-01381          **Permanent #:** 248050

**Grievance Type:** medical          **Date / Time Occurred:** 2/25/2013 12:24:30

---

### Finding / Grievance Response

**Disposition Date / Time:** 02/27/2013 10:48          **Founded:** No

---

### Inmate's Appeal to Finding /Grievance Response

**Appeal Due Date:** 3/2/2013 10:48:00

---

### Appeal Submitted for Review Information

**Submission Date / Time:** _____          **Shift:** 1          **Review Date / Time:** _____

---

### Inmate's Appeal to Review Invesigation

**Appeal Due Date:** _____

---

### Appeal Referred to Investigation Information

**Referral Date:** _____          **Ruling Due Date:** _____

---

### Final Ruling

**Final Appeal Rec'd:** _____          **Ruling Ret'd:** _____

**Ruling Returned by:** _____          **Status:** Not Founded

**Action Taken:** NOT FOUNDED

---

**Inmate Signature** _____          **Officer Signature** _____

159 28

*Appendix no. #6*
*4 pages — 1 envelope*

## STAFF RESPONSE

STAFF RESPONSE/RECOMMENDATIONS: # 13-090  LEVEL I
DATE: 02/27/2013
INMATES NAME:  Richie Harvey        ID#: 248050      HOUSING:  D-124

     I have received the grievance you submitted regarding mail.  Your complaint is that when a letter (marked legal) came back to the jail for lack of postage, that the mail clerk opened it.  I spoke with the mail clerk regarding your issue.  The mail clerk denies this.  I was told that if something marked legal was returned for postage, it would be returned to you and opened - only in your presence.

Grievance:  Unfounded
Cpl. Sekulich
Inmate Grievance Office    *evidence exhibit # _____ envelope*

*opened with letteropener*

*16 g 28*

B-090

## INMATE GRIEVANCE FORM                    GF-1

INMATE'S NAME: Richie Harry   ID NUMBER 249050 HOUSING D-1

SECTION 1 - INFORMAL ACTION To be completed by inmate:

My Legal mail not Be opened by the mailroom

Specific nature of grievance (who, what, when, where and how):
I sent A legal mail envelope to USDC, the Mailroom didn't stamp it and opened it upon its return for Lack a Postage!

Identify those contacted regarding your grievance and state what you HAVE DONE to resolve the issue:
Deputy over intercom check address! write grievance so it doesn't happen again-

What is the specific remedy you seek?:
That it never happens again and mailroom will Place Postage upon my legal mail and charge me if necessary. ~~a copy of the~~ the envelope is available for inspection

Richie Harry
INMATE'S SIGNATURE

2-25-13
DATE

03-08
3

17 of 28

# Weber County Correctional Facility

## Inmate Grievance Form (Inmate Copy

**Grievance No.** 13-090

### Grievance Entry Information

**Name:** HARVEY, RICHIE CHARLES          **Booking #:** 13-01381          **Permanent #:** 248050

**Grievance Type:** mail          **Date / Time Occurred:** 2/26/2013 09:55:29

### Finding / Grievance Response

**Disposition Date / Time:** 02/27/2013 14:30          **Founded:** No

### Inmate's Appeal to Finding /Grievance Response

**Appeal Due Date:** 3/2/2013 14:30:00

### Appeal Submitted for Review Information

**Submission Date / Time:** _____          **Shift:** 1          **Review Date / Time:** _____

### Inmate's Appeal to Review Invesigation

**Appeal Due Date:** _____

### Appeal Referred to Investigation Information

**Referral Date:** _____          **Ruling Due Date:** _____

### Final Ruling

**Final Appeal Rec'd:** _____          **Ruling Ret'd:** _____

**Ruling Returned by:** _____          **Status:** Not Founded

**Action Taken:** NOT FOUNDED

**Inmate Signature** _____          **Officer Signature** _____

18 of 28

*appendix no. #7*
*# 2 pages*

To:    Inmate Richie Harvey # 248050
From:  Cpl. Sekulich
        Inmate Grievance Office
Date:   March 18, 2013
Re:     Grievance dated March 16, 2013

     I have received a GF-1 from you dated March 16, 2013.  The GF-1 is labeled "Previous Relating Grievance Appeal #13-087.3".  The grievance is in regards to the grievance appeal that you submitted #13-087.3.

     The grievance appeal is the final step in the grievance process.  The response from Sheriff Thompson, that was forwarded to you on March 12, 2013,  is final.  The grievance process has been exhausted for this specific issue.

     You may, of course, submit grievances for issues other than the complaint addressed in grievance #13-087.3.

     This GF-1 will be returned to you without action.

20 of 28

Previous Kidney Grievance Appeal #__087.3

Previous medical Records are virtually useless in Hep#C treatment
unless they consist of testing within 3 mos, as Your medical has Result

## INMATE GRIEVANCE FORM · GF-1

INMATE'S NAME: Richie C. Harvey ID NUMBER 248050 HOUSING D-2 Medical

I am also supposed to be on A "high Calorie + Protine Diet + Vitimes! I have wrote Dr Woods and have not received Any response.

SECTION 1 - INFORMAL ACTION To be completed by inmate: To Form A component of opinion!

"Dr. Woods Lacks the Expertise — To be seen by an Infectious Disease Specialist within Two weeks!

Specific nature of grievance (who, what, when, where and how):

I saw Dr. Woods on Monday March 11-2013 we discussed among other things the Prodical for treatment of Hep#C Dr woods did not respond affermatively, as if he Knew what is Prodical for treatment was! I therefore explained it, That if 7 out of 3 of your Liver Enzines are above normal You need to obtain treatment ASAP Dr. Woods is not A disease Specialist and is therefore unqualified to render an opinion whether treatment is necessary or not!

Identify those contacted regarding your grievance and state what you HAVE DONE to resolve the issue:

"Dr. Woods Lacks the Knowledge and Expertise to Form an opinion! Furthermore, as we continued he seemed to attempt to generalize my Condition with other who have hep#3, which could be dormant, active but not attacken their Liver etc! However, Dr. Woods did explain clearly that the Jail will not Pay $30.00 for treatment the Blood test taken on Feduray 13-2013 proved conclusivel that I have

What is the specific remedy you seek? A Serious Medical condition that requires immedate treatment.

additional the thrust of my Grievance was not addressed appropr- Pariously and it is (not A claimed Medical Concerns") But Consumed by Blood work and any further waite over two weeks will absolutely result in Federal court Litegation Costing 10 times what the treatment will have! This is my last attempt to Persade the Sheryf's Department to do its right.

Thank You! Richie C. Harvey   3-16-13
INMATE'S SIGNATURE   DATE   they!

This will Be the Last String of Grievances + appeal! Relating to this issue after this I am done with it $219.38 its eser to sue in my condition than to Deal with you anymore!

*appendix no. 8 3 pages*

## STAFF RESPONSE

STAFF RESPONSE/RECOMMENDATIONS: # 13-122          LEVEL I
DATE: 03/15/2013
INMATES NAME:  Richie Harvey          ID#: 248050    HOUSING:  D-208

I have received the grievance you submitted regarding Programs staff.  Your complaint is that the Programs deputies did not get you legal copies in a timely manner causing you to incur some type of court fee.

This is not accurate.  The only case that you have been sentenced on is the theft of services charge out of Ogden Justice Court (case #111803088).  You were sentenced on that charge on March 5, 2013.  The first record of your requesting legal copies is from March 6, 2013 at 5:05 pm.  The legal copies were not requested before your sentence, so I am confused as to how this would have affected the outcome of the only case that you would be appealing (case #111803088 – you entered a guilty plea) as it is the only case that you have been sentenced on.

Furthermore, the five day interval between requesting the copies and the date on your grievance is not an unreasonable amount of time.  The Programs deputies have many duties and tasks to perform daily.  They get to requests for legal copies as quickly as they can.  If you anticipate the need for copies, please request the items as soon as you may think that you may need them.  You will need to plan ahead and be patient.

The second complaint you list in your grievance is in regards to the law library.  The WCCF has law books available to inmates that are Pro se.  You have an attorney Stephen Laker, assigned to your case on February 20, 2013.  Please feel free to contact your attorney for legal counsel and assistance.

Also, please keep your grievances limited to one complaint per form.  This makes it more efficient in responding to your complaints, as one part of the complaint may have some merit while others may not.

Grievance:  Unfounded
Cpl. Sekulich
Inmate Grievance Office

00028.

13:122

## INMATE GRIEVANCE FORM                    GF-1

INMATE'S NAME: _Richie C Harvey_ ID NUMBER _248050_ HOUSING _D-1_

SECTION 1 - INFORMAL ACTION To be completed by inmate:

Reimburse me $455.00 appeals Fee

Specific nature of grievance (who, what, when, where and how):
Because of Programs taking so long to copy legal work that I request sometime ago, and jail "Law library Polices (not having access to Prospair litigation in A Proper and timely manner) I have suffered my first "injury as A Direct or Proximate cause there!' And if I am not reimburst ASAP (within 10 days. I will be seeking relief from your unlawful Polices in Federal court here"

Identify those contacted regarding your grievance and state what you HAVE DONE to resolve the issue:

What is the specific remedy you seek?:
Reimbursment of cost of appeal and Preparation of Dackiments and any and all other cost associated with the appeal! And immediate access to A Law library Computor for the Preperation of litigation. You are now Denying me meaningful access to the courts! which is unlawful!

_Richie C. Harvey_                        3-11-13
INMATE'S SIGNATURE                         DATE

                                           3:00 PM

03:22                                      23 of 28

**Grievance No.** 13-122

## Grievance Entry Information

**Name:** HARVEY, RICHIE CHARLES

**Booking #:** 13-01381   **Permanent #:** 248050

**Grievance Type:** court fee   **Date / Time Occurred:** 3/12/2013 11:28:04

## Finding / Grievance Response

**Disposition Date / Time:** 03/15/2013 16:23   **Founded:** No

## Inmate's Appeal to Finding /Grievance Response

**Appeal Due Date:** 3/18/2013 16:23:00

## Appeal Submitted for Review Information

**Submission Date / Time:** _____   **Shift:** 1   **Review Date / Time:** _____

## Inmate's Appeal to Review Invesigation

**Appeal Due Date:** _____

## Appeal Referred to Investigation Information

**Referral Date:** _____   **Ruling Due Date:** _____

## Final Ruling

**Final Appeal Rec'd:** _____   **Ruling Ret'd:** _____

**Ruling Returned by:** _____   **Status:** Not Founded

**Action Taken:** NOT FOUNDED

**Inmate Signature** _____   **Officer Signature** _____

04 of 28

To:    Inmate Richie Harvey
From: Cpl. Sekulich
       Inmate Grievance Office
Date:   February 22, 2013
Re:    GF-1 dated February 21, 2013

I have received a GF-1 that you submitted dated February 21, 2013.  The GF-1 does not have a clear complaint.  It seems that you have some type of complaint about medical, but I have been unable to decipher what it is.  There is also mention of a classification issue.  Please refer to the following:

**JD 05/02.03 Procedure: General Grievance Process Requirements**
    C. Accessibility/Applicability
        4. In general, all inmates' complaints are subject to the grievance system except complaints against disciplinary and classification decisions and decisions and procedures of the Board of Pardons for State inmates.
            a. Inmates with complaints regarding disciplinary decisions shall be referred to the Housing Lieutenant for information to appeal the process, according to WCCF policy JD 06, Inmate Discipline.
            b. Inmates with complaints regarding classification decisions shall be referred to the Housing Lieutenant for information to challenge the process, according to WCCF policy JD 02, Classification.

If you would like your complaints addressed please resubmit your grievance, ensuring that you are clear in what specifically you are complaining about.  Please make sure that you include all the information requested on GF-I form, the first section asks for the following: Who, What, When, Where, Why and How.
The next section asks the following: Who you have contacted about your problem and what you have done to try remedy the situation.
The last section asks for the remedy you seek.  In other words, what would you like to happen in order for your issue to be resolved.

Resubmit your complaint, following the guidelines above.  I will investigate the complaint and address your concerns.

28988

# Weber County Correctional Facility

**Grievance No.** 13-100

## Inmate Grievance Form (Inmate Copy)

### Grievance Entry Information

**Name:** HARVEY, RICHIE CHARLES    **Booking #:** 13-01381    **Permanent #:** 248050

**Grievance Type:** ANYTHING NOT DEFINED    **Date / Time Occurred:** 3/1/2013 11:15:17

### Finding / Grievance Response

**Disposition Date / Time:** 03/04/2013 13:56    **Founded:** No

### Inmate's Appeal to Finding /Grievance Response

**Appeal Due Date:** 3/7/2013 13:56:00

### Appeal Submitted for Review Information

**Submission Date / Time:** _____    **Shift:** 1    **Review Date / Time:** _____

### Inmate's Appeal to Review Invesigation

**Appeal Due Date:** _____

### Appeal Referred to Investigation Information

**Referral Date:** _____    **Ruling Due Date:** _____

### Final Ruling

**Final Appeal Rec'd:** _____    **Ruling Ret'd:** _____

**Ruling Returned by:** _____    **Status:** Resolved

**Action Taken:** NOT FOUNDED

**Inmate Signature** _____    **Officer Signature** _____



## INMATE GRIEVANCE FORM                    GF-1

INMATE'S NAME: Richie Hovey ID NUMBER 248050 HOUSING D-1

SECTION 1 - INFORMAL ACTION To be completed by inmate:

Any Further Grievances Be Investigate By Sgt q LT

Specific nature of grievance (who, what, when, where and how):
Cpl. Schulich has "Failed or Refused" to
Meaningfully Consider and/or investigate the
Grievants' Complaints, Therefore, there is no remedy
for my grievances to be heard and the next
attempt to circumvent the issues or a erroneous
denial will give rise to Federal Civil Rights
Action under 42 U.S.C. Section 1983 & Section 1985

Identify those contacted regarding your grievance and state what you HAVE DONE to resolve the issue:

What is the specific remedy you seek?:

Thank You

Richie Hovey

INMATE'S SIGNATURE                    2-28-13
                                      DATE

3 Day 28

appendix no 9 - #31

## STAFF RESPONSE

STAFF RESPONSE/RECOMMENDATIONS: # 13-100  LEVEL I

DATE: 03/04/2013

INMATES NAME:  Richie Harvey          ID#: 248050          HOUSING:  D-124

I have received the grievance you submitted regarding Cpl. Sekulich.  Your complaint is that you do not want me to hear any grievance that you may have in the future.  This is my current assignment at the WCCF.  Grieving the fact that I am the Corporal assigned to the Inmate Grievance Office, is not proper procedure.

If you are not satisfied with an answer that I have given to any level I grievance that you have submitted, the proper procedure is to move onto a level 2.  Be advised, however;  that you have a 3 day time limit when filing a level 2 grievance.

I will continue to review and investigate level I grievances from you, as this is my main function.

Grievance:  Unfounded

Cpl. Sekulich

Inmate Grievance Office

25 g 28