IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RICHIE CHARLES HARVEY, <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF TERRY L. THOMPSON et al., <br><br> Defendants. | **DISMISSAL ORDER <br> & MEMORANDUM DECISION** <br><br> Case No. 1:13-CV-56 DB <br><br> District Judge Dee Benson |

Plaintiff, inmate Richie Charles Harvey, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2014), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the Complaint under § 1915(e), in an Order dated December 30, 2013, the Court determined Plaintiff's Complaint was deficient. The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. Plaintiff has yet to amend his complaint. In fact, the Court has not heard from him at all since February 20, 2014, when he filed a motion (granted) for a time extension in which to file his amended complaint.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute, *see* DUCivR 41-2. This case is **CLOSED.**

DATED this 31st day of July, 2014.

BY THE COURT:

_____
JUDGE DEE BENSON
United States District Court