IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RICHIE CHARLES HARVEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SHERIFF TERRY L. THOMPSON et al.,<br><br>　　　　　　Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 1:13-CV-56-DB<br><br>District Judge Dee Benson |

Plaintiff, Richie Charles Harvey, filed this *pro se* civil-rights suit, *see* 42 U.S.C.S. § 1983 (2017). Reviewing the Amended Complaint under § 1915(e), in an Order dated April 7, 2017, the Court determined it was deficient. The Court gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

Plaintiff has not since amended the Amended Complaint. The Court last heard from Plaintiff directly on February 23, 2017, when he filed a change of address.

**IT IS THEREFORE ORDERED** that Plaintiff's Amended Complaint is **DISMISSED** with prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and to prosecute his case, *see* DUCivR 41-2. This case is **CLOSED.**

　　　　DATED this 20th day of June, 2017.

　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　/s/ Dee Benson
　　　　　　　　　　　_____
　　　　　　　　　　　JUDGE DEE BENSON
　　　　　　　　　　　United States District Court